# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0384
_____

BRIAN K. TOOLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

June 12, 2018


PER CURIAM.

AFFIRMED.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian K. Toole, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.